0S096117
CLERK US DISTRICT COURT NORTHERN DIST. OF TX FILED
2016 DEC -8 A 9:37
DEPUTY CLERK RAW

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOB BAKER | § | |
| VS. | § | CIVIL ACTION NO. |
| CITIBANK, N.A. | § | JURY TRIAL DEMANDED |

3-16CV-3391M

COMPLAINT

JURISDICTION

1. The jurisdiction of this Court attains pursuant to 15 U.S.C.§1666 et seq, the Fair Credit Billing Act ("FCBA") and Regulation Z issued thereunder for which jurisdiction is proper in this Court. 15 U.S.C.§1640(e) and 28 U.S.C.§§1331 and 1367 and state law claims supplemental thereto.

PARTIES

2. Plaintiff, Bob Baker, is a natural person who resides in Dallas County, Texas.

3. Defendant Citibank (South Dakota ) N.A., is a national banking association that does not have a business office in Texas and therefore no registered agent for service in Texas. Defendant may be served by service upon its President,CEO, or other officer, at 701 East 60th Street, North, Sioux Falls, South Dakota, 57104.

FACTUAL ALLEGATIONS

4. Plaintiff Bob Baker is a natural person who entered into an open-end credit transaction, namely a VISA account, with defendant for personal, family and household purposes.

5. At all times relevant hereto, Defendant Citibank, in the ordinary course of business, regularly extended open-end consumer credit, pursuant to a VISA, on which defendant assessed finance charges.

6. Plaintiff subscribed to a monthly commercial real estate listing service and paid with his Citi card.

7. In late spring, 2015, it was apparent that the service was not profitable and, because it was a monthly service, Plaintiff contacted the service, LoopNet, by phone, to request cancellation. The

person on the phone agreed to process the cancellation request. The call was made in June, 2015 so no new charges should have been made to Plaintiff's Citi account.

8. Plaintiff received the July Citi bill and noticed that Loopnet was still billing for the cancelled service. Plaintiff called Loopnet but was unable to reach anyone by phone.

9. Plaintiff continued to make calls to Loopnet to verify cancellation but no one at Loopnet would take his calls.

10. After multiple attempts to reach Loopnet were unsuccessful and because Loopnet continued to bill for a cancelled service, Plaintiff contacted Defendant to dispute the billing of the Loopnet Service.

11. Within 60 days of receipt of the July bill, Plaintiff contacted Citi to request that the billing to Loopnet be stopped. Citi agreed to stop but nevertheless continued to allow his account to be billed by Loopnet.

12. Although Defendant originally agreed, it subsequently continued to allow the Loopnet billing to be charged to his credit card.

13. Despite multiple attempts to resolve with Defendant, Defendant refused to reverse past charges or stop future charges by Loopnet on his credit card account.

14. The remaining balance on the credit card is wrongful billings by Loopnet wrongfully allowed by Defendant.

## CAUSES OF ACTION

## COUNT I

15. Defendant has violated 12 C.F.R. pt. 226 cmt. 13 (c)(2)-2) by not completing its investigation within 2 billing cycles and by re-billing the disputed amount more than 2 billing cycles after being notified of the dispute.

16. .Defendant has violated 15 U.S. C.§§1643, 1666 and 1666i and applicable rules by the practices described in this Complaint.

17. The foregoing acts and omissions were undertaken on behalf of the Defendant by its respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

**COUNT II**

18. Defendant's actions and inactions, as described above, constitute a breach of the cardholder agreement with respect to the handling of billing disputes. Under the credit card agreement, Citi agreed, upon written notification of a billing dispute, to investigate and make a finding within 90 days of the initial dispute.

19. The initial dispute was made by Plaintiff in August, 2016. Although Citi initially verified the dispute, more than 90 days later, it reversed its decision and placed the unauthorized charges on Plaintiff's credit card, in violation of the law and its own written agreement.

20. Defendant continually honored the dispute and then did not, back and forth, back and forth, not making a final determination until long after 90 days.

**COUNT IV**

21. Plaintiff's dispute constitutes a billing error as defined by 12 C.F.R.§1026.13(a)(3) and 15 U.S.C.§1666(b)(3).

22. Defendant has violated 15 U.S. C.§§1666 and 1666i and applicable rules by the practices described in this Complaint.

23. The foregoing acts and omissions were undertaken on behalf of the Defendant by its respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

24. Plaintiff sues herein for all remedies available under the Fair Credit Billing Act for Defendant's failure to comply with the statute.

25. By reason of the allegations in this petition, per the Fair Credit Billing Act, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable in relation to the amount of work expended

for which Plaintiff sues herein. The attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.

## COUNT V

## TEXAS DEBT COLLECTION PRACTICES ACT

26. The actions taken by Defendant described above also constitute violations of the Texas Debt Collection Practices Act, Finance Code §392.303 and §302.304, for which Plaintiff hereby sues. A violation of the Texas Debt Collection Practices Act is a deceptive trade practice per §392.404. The Texas Debt Collection Practices Act mandates that Respondent be awarded all actual damages and at least $100 for each violation of the act.

27. Defendant continues to bill for sums which are not due. Plaintiff cancelled the services for which bills were issued and, despite disputing, Defendant continued to allow the cancelled charges to be billed to Plaintiff's account.

28. Defendant's wrongful acts were done in a wanton and malicious manner with intent to injure and/or intimidate Plaintiff or with reckless disregard of the injurious consequences to Plaintiff. Plaintiff is, therefore, entitled to punitive or exemplary damages and sue for such damages.

29. By reason of the allegations in this petition, per the Fair Credit Billing Act, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable in relation to the amount of work expended for which Plaintiff sues herein. The attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.

## Prayer for Relief

WHEREFORE, the Plaintiff prays that this Court:

1. Declare that Defendant's actions violate the FCBA and constitute breach of contract.
2. Enter judgment in favor of Plaintiff and against Defendant for statutory damages, actual damages, costs, and reasonable attorney fees as provided by 15 U.S.C.§1640(a)(2), 1666(e), 12 C.F.R.§ pt. 226 cmt. 13(c)(2)02) and all applicable amendments.

3. Grant such further relief as deemed just.

**TRIAL BY JURY IS DEMANDED.**

Respectfully submitted,

Sharon K. Campbell
State Bar # 03717600
3500 Oak Lawn Ave., Suite 205
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214/443-6055
Sharon@SharonKCampbell.com

# CIVIL COVER SHEET

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

3-16CV-3 [illegible] M

Bob Baker

**DEFENDANTS**

Citibank, N.A.

**(b)** County of Residence of First Listed Plaintiff ____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant ____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sharon Campbell
3500 Oak Lawn Ave., Suite 205
Dallas, Texas 75219; 214-351-3260

Attorneys *(If Known)*

RECEIVED
DEC - 8 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
15. U.S.C. 1666 Fair Credit Billing Act

Brief description of cause:
Defendant violated FCBA by not honoring cancellation request

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE 12-7-16

SIGNATURE OF ATTORNEY OF RECORD
Sharon Campbell

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____